UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THIRD DIVISION

Scott Booth, Thomas D. Loyd, Frank Solchaga, David Witte, Scott Wyman, Charles Perrin, Warren N. Higgins Jr., Knute Gladen, Michael Seeber, Terry Nyblom, and Stephen Blake, forming the R-KIDS Legal Action Committee, in behalf of themselves individually and all others similarly situated,

Plaintiffs,

vs.

Sheryl Ramstad Hvass, Commissioner of Corrections; Michael O'Keefe, Commissioner of Human Services; Charles R. Weaver Jr., Commissioner of Public Safety; and Christine Jax, Commissioner of Children, Families, and Learning for the State of Minnesota,

Defendants.

Court File No. 00CV-1672 (MJD/JGL)

**STIPULATION AND ORDER FOR EXTENSION**

The parties hereby stipulate, through their undersigned counsel, that the Defendants may have until **August 18, 2000** to serve their answer or other response to the complaint.

AUG 07 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MIKE HATCH
Attorney General
State of Minnesota

JOHN REMINGTON GRAHAM
180 Haut de la Paroisse
St-Agapit (LOTB)
Quebec GOS IZO Canada
(418) 888-5049

MARK A. OLSON
2605 East Cliff Road
Burnsville, MN 55337
(952) 894-8893

ATTORNEYS FOR PLAINTIFFS

Dated: 8/3/00

JENNIFER K. PARK
Assistant Attorney General
Atty. Reg. No. 17757X

445 Minnesota St., #1100
St. Paul, MN 55101-2128
(651) 282-5717

ATTORNEYS FOR DEFENDANTS

Dated: 8-4-00

**ORDER**

Based upon the above stipulation, the Court extends the time within which the Defendants may serve their answer or other response to the complaint to **August 18, 2000.**

Dated: Aug. 7, 2000

Jonathan G. Lebedoff
Magistrate Judge

AG: 403856,v. 01