UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THIRD DIVISION

Scott Booth, Thomas D. Loyd, Frank Solchaga, David Witte, Scott Wyman, Charles Perrin, Warren N. Higgins Jr., Knute Gladen, Michael Seeber, Terry Nyblom, and Stephen Blake, forming the R-KIDS Legal Action Committee, in behalf of themselves individually and all others similarly situated,

Plaintiffs,

vs.

Sheryl Ramstad Hvass, Commissioner of Corrections; Michael O'Keefe, Commissioner of Human Services; Charles R. Weaver Jr., Commissioner of Public Safety; and Christine Jax, Commissioner of Children, Families, and Learning for the State of Minnesota,

Defendants.

Court File No. 00-CV-1672 (MJD/JGL)

**STIPULATION AND ORDER ON AMENDED COMPLAINT AND ANSWER**

The parties hereby stipulate, through their undersigned counsel, as follows:

1. That Defendants consent to Plaintiffs' filing of their Amended Complaint, dated October 17, 2000, which is being served by mail on Defendants and which is being filed simultaneously with this Stipulation.

2. That Defendants shall have until **October 31, 2000** to file and serve their answer or other response to the Amended Complaint.

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

MIKE HATCH
Attorney General
State of Minnesota

JENNIFER K. PARK
Assistant Attorney General
Atty. Reg. No. 17757X

445 Minnesota St., #1100
St. Paul, MN 55101-2128
(651) 282-5717

ATTORNEYS FOR DEFENDANTS

Dated: 10-17-00

JOHN REMINGTON GRAHAM
180 Haut de la Paroisse
St-Agapit (LOTB)
Quebec GOS IZO Canada
(418) 888-5049

Mark A. Olson
by John Remington Graham
MARK A. OLSON
2605 East Cliff Road
Burnsville, MN 55337
(952) 894-8893

ATTORNEYS FOR PLAINTIFFS

Dated: 10/25/00

**ORDER**

Based upon the above Stipulation, the Court hereby orders the following:

1. That Plaintiffs may file their Amended Complaint dated October 17, 2000 without further leave of this Court.

2. That Defendants shall have until **October 31, 2000** to file and serve their answer or other response to the Amended Complaint.

Dated: Nov. 6, 2000

Jonathan G. Lebedoff
Magistrate Judge

AG: 403856,v. 01