UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1672 (MJD/JGL)

SCOTT BOOTH, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

SHERYL RAMSTAD HVASS, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. The period during which the parties may seek discovery shall be completed by February 1, 2001;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2001;

3. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to May 1, 2001; and

4. This case will be considered "ready for trial" as of May 1, 2001.

DATED: November 29, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

NOV 29 2000
Filed__________
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________