**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**THIRD DIVISION**

---

Scott Booth, Thomas D. Loyd, Frank Solchaga, David White, Scott Wyman, Charles Perrin, Warren N. Higgins, Jr., Knute Gladen, Michael Seeber, Terry Nyblom, and Stephen Blake forming the R-KIDS Legal Action Committee, Richard Doyle of the Men's Defense Association, William J. Hageman, Charles W. Hurd, Klye Knutson, Jim Lovestar, Yves Nadeau, and Pradeep Ramanathan of the National Coalition of Free Men, Twin Cities Chapter, in behalf of themselves individually and all others similarly situated,

Plaintiffs,

vs.

Sheryl Ramstad Hvass, Commissioner of Corrections; Michael O'Keefe, Commissioner of Human Services; Charles R. Weaver, Jr., Commissioner of Public Safety; and Christine Jax, Commissioner of Children, Families, and Learning, for the State of Minnesota,

Defendants,

Domestic Abuse Project, Central Minnesota Task Force on Battered Women, and Lakes Crisis Center,

Defendant-Intervenors.

**ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO INTERVENE**

**Court File No. 00CV-1672 (MJD/JGL)**

---

Upon consideration of Defendant-Intervenors' Motion to Intervene and any opposition thereto, it is, this 8 day of Feb., 2001,

ORDERED, that the Motion to Intervene in the above-captioned matter is hereby granted and it is

FILED 2-9-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

FURTHER ORDERED that the Domestic Abuse Project, the Central Minnesota Task Force on Battered Women and Lakes Crisis Center are hereby entered into this action as defendants and it is

FURTHER ORDERED that Defendant-Intervenors's proposed Answer in Intervention attached to its Motion to Intervene as Exhibit D, shall be filed as of the date of this Order.

FURTHER ORDERED that such Intervenors are bound by the present scheduling order unless all the parties stipulate to the contrary.

Dated: February 8, 2001

JONATHAN LEBEDOFF
U.S. Magistrate Judge