# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Booth, Thomas D. Loyd, Frank Solchaga,
David Witte, Scott Wyman, Charles Perrin,
Warren N. Higgins Jr., Knute Glade, Michael
Seeber, Terry Nyblom, and Stephen Blake
forming the R-KIDS Legal Action Committee,
Richard Doyle of the Men's Defense Association,
William J. Hageman, Charles W. Hurd, Kyle Knutson,
Jim Lovestar, Yves Nadeau, and Pratap Ramanathan of the
National Coalition of Free Men, Twin Cities Chapter, on
behalf of themselves individually, and all others similarly situated,
Plaintiffs,

Case No. Civil 00-1672 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Sheryl Ramstad Hvass,
Commissioner of Corrections; Michael O'Keefe,
Commissioner of Human Services; Charles R.
Weaver Jr., Commissioner of Public Safety; and
Christine Jax, Commissioner of Children, Families,
and Learning for the State of Minnesota,
Defendants,
Domestic Abuse Project, Central Minnesota Task
Force on Battered Women, and Lakes Crisis Center
Defendant-Intervenors.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that 1. Plaintiffs' motion for summary judgment is denied; 2. Defendants and Defendant-Intervenors' motions for summary judgment are granted. This claim is dismissed with prejudice.

DATE: August 13, 2001

52

RICHARD D. SLETTEN, CLERK

E Knoblauch

E Knoblauch, Deputy Clerk