**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Scott Booth, Thomas D. Loyd, Frank Solchaga, David Witte, Scott Wyman, Charles Perrin, Warren N. Higgins Jr., Knute Glade, Michael Seeber, Terry Nyblom, and Stephen Blake, forming the R-KIDS Legal Action Committee, Richard Doyle of the Men's Defense Association, William J. Hageman, Charles W. Hurd, Kyle Knutson, Jim Lovestar, Yves Nadeau, and Pratap Ramanathan of the National Coalition of Free Men, Twin Cities Chapter, on behalf of themselves individually, and all others similarly situated,

Plaintiffs,

v.

**ORDER**

Civil File No. 00-1672 (MJD/JGL)

Sheryl Ramstad Hvass, Commissioner of Corrections; Michael O'Keefe, Commissioner of Human Services; Charles R. Weaver Jr., Commissioner of Public Safety; and Christine Jax, Commissioner of Children, Families, and Learning for the State of Minnesota,

Defendants,

Domestic Abuse Project, Central Minnesota Task Force on Battered Women, and Lakes Crisis Center,

Defendant-Intervenors.

---

John Remington Graham, Mark A. Olson on behalf of Plaintiffs.

Mark B. Levinger, Jennifer K. Park, Assistants Attorney General, on behalf of Defendants.

Beverly Balos, Maury Landsman, University of Minnesota Law School Clinics, on behalf of Defendant-Intervenors.

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Loretta M. Frederick, Battered Women's Justice Project, on behalf of Amici Curiae Battered Women's Justice Project and the Domestic Violence Legislative Alliance.

---

This matter is before the Court upon counsel for Plaintiffs, John Remington Graham's objection to this Court's Order dated August 13, 2001. Specifically, Mr. Graham objects to that portion of the caption in which the Court designated in parentheses that he was from Canada. Accordingly, the Court will amend its Order by removing such designation.

IT IS SO ORDERED.

Date: Sept. 19, 2001

Michael J. Davis
Michael J. Davis
United States District Court

SEP 1 0 2001

JOHN REMINGTON GRAHAM

COUNSELOR AT LAW

180 Haut de la Paroisse
St-Agapit (LOTB)
Quebec GOS 1ZO Canada
TEL-FAX 428-888-5049
graham@clic.net
September 4, 2001

Hon. Michael J. Davis
United States District Judge
300 South 4th Street
Minneapolis, Minnesota 55415 USA

Dear Sir,

I write solely about a personal matter which is not related to any judicial business now pending before you, and so you may regard this letter as entirely personal.

I recently handled a matter before you, on which you wrote a nice opinion, setting the case up for appeal, and, it so happens that I have recently instituted an appeal. I have no complaints with the way you or your staff handled the case. Once thing, however, troubled me somewhat.

I was born in Brainerd, Minnesota, in 1940, the fifth generation of my family living there. I grew up there, and graduated from high school there. I have practiced law in Brainerd and the surrounding area over many years, and have legal business there now pending. My wife and children have also lived with me in Brainerd over many years, and so my children are the sixth generation. I am a descendant of founding fathers of my home town in Minnesota, who themselves descended from one of the signers of the Mayflower Compact. It so happens that Sylvie is a citizen of Canada, and a member of the Quebec Bar. Our children are citizens of the United States and Canada. They speak, read, and write French and English. I attended the University of Minnesota, and earned degrees in philosophy and law. I have been a member of the Bar of the Minnesota Supreme Court since 1967, a member of the Bar of the United States District Court for Minnesota and the United States Court of Appeals for the 8th Circuit since 1968, and a member of the Bar of the United States Supreme Court since 1971. I am a co-founder and taught as a founding professor at one of the accredited law schools in Minnesota. I have held five public offices in Minnesota. I have served as a public defender in state and federal courts, and as a public prosecutor in state courts of Minnesota. I have been active in public life over many years in Minnesota, and been endorsed by significant organizations for attorney general and chief justice of my State.

At the moment, my wife, children, and I are living abroad in Quebec, where I have undertaken professional work, including several major law review articles published in two great

universities of Canada, lecturing on occasion at a major university in Quebec, and consultation with members of the Quebec Bar in cases pending before Canadian courts.

Meanwhile, I regularly practice before courts in Minnesota and handle professional business in other jurisdictions. My specialty is British, American, and Canadian constitutional law and history, and that takes me in many directions. I am legally domiciled and registered to vote in Minnesota, and I voted in the last election. I intend, when circumstances permit, to return and settle down again in Minnesota, the same as Thomas Jefferson intended to return and settle down again in Virginia while he lived abroad in France.

I wish you to understand that I am a citizen of the United States, and a son of Minnesota. I am proud of my American citizenship. I am patriotic, however critical I am and have been of my country with a view to making things better or avoiding errors. Over the years I have handled a number sensitive cases, sometimes being forced to endure painful criticism because of it, always with a view to improving my country.

In a recent order dated August 13, 2001, you listed the several lawyers who had appeared before you on both sides, as is customary. However you saw fit to indicate, without any necessity whatever, that I am from Canada, which is untrue, since I am from Minnesota, and thereby you distinguished me from the other lawyers if to single me out by some kind of innuendo. Frankly, I resent that, as you would resent if you were singled out in such a manner, or as any lawyer would resent it if he or she were thus singled out by reference to his or her traits of race, sex, religion, language first learned and understood, cultural background, status living at home or abroad, or whatever. And so I hope that, on the next occasion on which I have the pleasure of appearing before you, I may be regarded the same as my fellow lawyers, and treated accordingly.

There is no need for you to answer this correspondence, unless you see fit.

I am, sir,

Respectfully yours,