# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Booth, Thomas D. Loyd, Frank Solchaga, David Witte, Scott Wyman, Charles Perrin, Warren N. Higgins, Jr., Knute Glade, Michael Seeber, Terry Nyblom, and Stephen Blake, Richard Doyle, Williams J. Hageman, Charles W. Hurd, Kyle Knutson, Jim Lovestar, Yves Nadeau, and Pratap Ramanathan , Twin Cities Chapter, on behalf of themselves indivualally

Case No. Civil 00-1672MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Sheryl Ramstad Hvass, Michael O'Keefe, Charles R. Weaver Jr., Christine Jax Domestic Abuse Project, Central MN Task Force on Battered Women, and Lakes Crisis Center

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Pltfs' motion for summary judgment is DENIED; dfts and dft-Intervenors' motions for summary judgment are GRANTED. This claim is dismissed with prejudice.

DATE: September 20, 2001

RICHARD D. SLETTEN, CLERK

Patricia Kegley

Patricia Kegley, Deputy Clerk

56